# EXHIBIT 3

| In the Matter of | : | UNITED STATES OF AMERICA |
| --- | --- | --- |
| | : | BUREAU OF ALCOHOL, TOBACCO FIREARMS AND EXPLOSIVES |
| License 1-59-103-10-1G-05536, as a Manufacturer of Destructive Devices | : | |
| | : | TAMPA FIELD DIVISION |
| Held by | : | |
| Anzio Ironworks Corp 14605 49th Street North, Suite 8 Clearwater, Florida 33762 | : | August 19, 2020 |
| | : | |

## **LIMITED STAY OF REVOCATION**

*Background*

Anzio Ironworks Corp holds a Federal license bearing number 1-59-103-10-1G-05536, is a manufacturer of Destructive Devices, Ammunition for Destructive Devices, or Armor Piercing Ammunition located at 14605 49th Street N, Ste 8, Clearwater, Florida 33762. ("Licensee"). Anzio Ironworks Corp also submitted an application for a Type 07 manufacturer of firearms on April 25, 2019 ("the Applicant"). The Licensee and Applicant share the same corporate ownership and responsible parties.

Based on the results of a compliance inspection of the Licensee on September 26, 2018, ATF issued a Notice to Revoke or Suspend License and/or Impose a Civil Fine, ATF E-Form 4500 (5300.4) ("the Notice") and A Notice to Deny Application for License, ATF Form 4498 (5300.43) ("the Denial") on December 26, 2019. On January 3, 2020, ATF timely received a formal written request for a hearing on the Notice to Revoke or Suspend License and/or Impose a Civil Fine from Mr. Michael Remo, President of Anzio Ironworks Corp. On January 15, 2020, ATF timely received a formal written request for a hearing on the Notice to Deny Application for License from Mr. Remo.

EXHIBIT 3

A hearing occurred on March 11, 2020 for both the Notice of Revocation issued to the Licensee and the Notice to Deny Application issued to the Applicant.  Present during the hearing was, DIO Aaron Gerber as hearing officer; Mr. Michael Remo as President of Anzio Ironworks Corp for both the Licensee and the Applicant; and ATF Industry Operations Investigator (IOI) Salina Lapella; and the Government was represented by Amy Freyermuth, Tampa Division Counsel.  Both parties had the opportunity to present oral and documentary evidence and examine and cross examine witnesses.  The Government presented evidence based on willful violations of the Gun Control Act (GCA) and its implementing regulations found during a compliance inspection of the Licensee as basis for both the Revocation of Anzio Ironworks Corp's Type 10 Federal firearms license and the basis for denial of the Application for a Type 07 Federal firearms license by the same company

On July 10, 2020, ATF issued Final Notices of Denial of Application, Revocation, Suspension and/or Fine of Firearms License, ATF E-Form 5300.13, revoking the Licensee's Federal Firearms Licenses number 1-59-103-10-1G-05536 and denying the Applicant's Application for a Type 07 license.  Both the Final Denial of Application and Revocation of Licensee were received by the Licensee and Applicant on July 15, 2020.

On July 27, 2020, the Licensee hired Mr. Charles E. James, Jr. of Williams Mullen to represent the Licensee.   Mr. James requested a meeting with the Director of Industry Operations (DIO) and Division Counsel of Tampa Field Division on July 27, 2020 to discuss the Final Notice of Revocation issued to the Licensee.

On July 28, 2020, Mr. James submitted a Request for Stay of the Revocation of the License for 60 days pursuant to 18 U.S.C. § 923(f)(3) and 27 C.F.R. § 478.78, in part to effectuate the orderly shutdown of the operations and to satisfy several open contracts. During the 60 days the Licensee agrees to (1) secure the return of all firearms from any vendors, partners or sub-contractors; (2) update his Acquisition and Disposition Record and to supplement it, as warranted, with any other repositories for inventory of serialized items; (3) transfer any firearms from the Licensee to Mr. Remo, in his personal capacity, using Firearm Transaction Record ATF Form 4473 (5300.9); (4) within 14 days destroy any firearms keeping within the ATF's guidelines; (5) transfer any firearms and National Firearms Act regulated items to an appropriate party using the appropriate ATF Forms (either ATF Form 3 or 4) within 30 days; (6) **cease new production or acquisition of any new firearms** under the License (this exempts firearms manufactured to complete open orders placed prior to July 28, 2020 as outlined below); (7) update the National Firearms Registration and Transfer Record within 30 days.

As the limited stay of revocation relates to open orders placed prior to July 28, 2020, I agree to allow the Licensee to (1) complete ten (10) 20mm rifles for the UAE Army by midnight, July 31, 2020; (2) complete nineteen (19) suppressors within 14 days of July 29, 2020; (3) complete the manufacturing, assembly, and shipping of 7500 rounds of ammunition to complete a contract with the UAE Army within 60 days of July 29, 2020. **All manufacturing activities**

**must be conducted at the Licensee's business location of 14605 49th Street N, Ste. 8, Clearwater, Florida 33762.**

Accordingly, pursuant to 18 U.S.C. § 923(f) and 27 C.F.R. § 478.78, and the requested Stay of Revocation, dated July 28, 2020 from the Licensee, I hereby agree to allow the Licensee to continue limited operations (dispositions only) **until September 29, 2020,** unless I for good cause, later agree to extend such time, after which Anzio Ironworks Corp's Federal Firearms License Number 1-59-103-10-1G-05536 shall be considered revoked. During the period Anzio Ironworks Corp is operating under this limited stay of revocation, Anzio Ironworks Corp shall not order or acquire any firearms under its Federal firearms license, other than firearms acquired to accommodate lawful transfers between third parties, regardless of whether the third-party seller appears in person at the premises (e.g. online third-party sales) and to complete open orders as agreed upon and outlined in the Licensee's Request for Stay dated July 28, 2020. If Anzio Ironwork Corp violates the condition of this limited stay of revocation, I reserve the right to cancel this limited stay of revocation.

*[Signature]* Digitally signed by AARON GERBER
Date: 2020.08.19 10:59:17 -04'00'

Aaron R. Gerber
Director of Industry Operations
Tampa Field Division