UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANZIO IRONWORKS CORP.,

    Petitioner,

v.                                         Case No. 8:20-cv-2132-T-02AAS

AARON R. GERBER,
Director of Industry Operations
Tampa Field Division
Bureau of Alcohol, Tobacco, Firearms
& Explosives,

    Respondent.
_____/

## JOINT MOTION TO REDESIGNATE AS TRACK ONE

The parties jointly move this Court to redesignate this action as a Track One case pursuant to the Local Rules.

1. Petitioner, Anzio Ironworks Corp. ("Anzio") filed its eight-count Petition for Judicial Review of a Final Notice of Revocation of Firearms License and Final Notice of Denial of Application on September 10, 2020 and served the United States on September 29, 2020. The Petition seeks judicial review of the ATF's decision to revoke Petitioner's firearms license and deny a firearms license application.

2. The jurisdictional basis for the action is 18 U.S.C. § 923(f)(3), which provides that an "aggrieved party may at any time within sixty days after the date notice was given under this paragraph [of a license denial or revocation] file a petition with the United States district court for the district in which he resides or has his principal place of business for a de novo judicial review of such denial or revocation."

1

3. Pursuant to the Local Rules of the Middle District of Florida, all cases receive one of three track designations for case management purposes. *See* Local Rule 3.05(a). In Track Two and Three cases, the parties must prepare and submit a Case Management Report setting forth, *inter alia*, a proposed discovery plan and trial date. However, Track One cases are exempt from this requirement. Similarly, Track One cases are exempt from the initial disclosure provisions of Rule 26(a) (1) of the Federal Rules of Civil Procedure. *See* Local Rule 3.05(d). After a case is designated onto a particular track, "[t]he presiding judge may thereafter direct at any time that a case be redesignated from one track to a different track." *See* Local Rule 3.05(a).

4. The Local Rules explain that "an action for review on an administrative record" shall be designated as a Track One case. Local Rule 3.05(b)(1)(A), M.D. Fla. Because claims for judicial review of administrative decisions such as the ones at issue here are decided primarily on an agency's administrative record, this action should be designated as a Track One case.

5. If this matter proceeds as a Track One case, the ATF will submit a certified administrative record for the Court to conduct its review.

WHEREFORE, the Parties respectfully request that the Court redesignate this action as a Track One case.

|  |  |
|---|---|
| WILLIAMS MULLEN | Respectfully submitted,<br><br>MARIA CHAPA LOPEZ<br>United States Attorney |
| **/s/ Camden R. Webb**<br>Camden R. Webb<br>(*Admitted Pro Hac Vice*)<br>NC State Bar No. 22374<br>301 Fayetteville Street,<br>Suite 1700 (27601)<br>PO Box 1000<br>Raleigh, NC 27602<br>Telephone: (919) 981-4000 | By: **/s/Michael R. Kenneth**<br>Michael R. Kenneth<br>Assistant U.S. Attorney<br>Florida Bar No. 44341<br>400 North Tampa Street, Suite 3200<br>Tampa, Florida 33602<br>Telephone: (813) 274-6087<br>Facsimile: (813) 274-6198<br>Email: michael.kenneth@usdoj.gov |
| **/s/ Charles E. James, Jr.**<br>Charles E. James, Jr.<br>(*Admitted Pro Hac Vice*)<br>VA State Bar No. 46310<br>200 South 10th Street<br>P.O. Box 1320<br>Richmond, Virginia 23218-1320<br>Telephone: 804.420.6529<br><br>*Lead Counsel for Petitioner Anzio Ironworks Corp.*<br><br>and<br><br>WIAND GUERRA KING P.A.<br><br>**/s/ Katherine C. Donlon**<br>Katherine C. Donlon (FBN: 0066941)<br>5505 W. Gray Street<br>Tampa, Florida 33609-1007<br>Telephone: (813) 347-5104<br>Email: kdonlon@wiandlaw.com<br><br>*Local Counsel for Petitioner Anzio Ironworks Corp.* |  |